UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 20-cr-2280-JLS |
| v. | ) |
| JORGE MORALES-HERRERA, | ) ORDER |
| Defendant. | ) |

The United States of America and defendant JORGE MORALES-HERRERA jointly move to continue the sentencing hearing set for March 3, 2023, at 10:30 a.m.

For reasons stated in the joint motion, incorporated by reference herein, the Court finds good cause to continue the sentencing hearing.

IT IS ORDERED that the joint motion is granted. The sentencing hearing shall be continued to April 21, 2023 at 10:30 a.m.

IT IS SO ORDERED.

Dated: March 1, 2023

Hon. Janis L. Sammartino
United States District Judge